

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2021

No. 04-21-00345-CR

**EX PARTE** Vanessa Marie **VILLANUEVA,**

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A1523-1
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Retained counsel for appellant, Cynthia Hujar Orr, has filed a motion to withdraw. Counsel's motion, however, does not comply with Texas Rule of Appellate Procedure 6.5. Specifically, the motion does not contain the following: a list of current deadlines and settings in the case; appellant's name and last known address and telephone number; a statement that a copy of the motion was delivered to appellant in person or by certified and first-class mail; and a statement that appellant was notified in writing of the right to object to the motion to withdraw. *See* TEX. R. APP. P. 6.5(a), (b). Accordingly, counsel's motion to withdraw is DENIED, without prejudice to re-filing.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court